| AO 10<br>Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2019 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Mazzant, Amos L. | 2. Court or Organization<br><br>U.S. District Court, Eastern District of Texas | 3. Date of Report<br><br>05/14/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>   magistrate judges indicate full- or part-time)<br><br>Article III, active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/1/2019<br>to<br>12/31/2019 |
| 7. Chambers or Office Address<br><br>Paul Brown United States Courthouse<br>101 E. Pecan Street<br>Sherman, Texas 75090 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Advisory Board Member | Dallas Summer Musicals |
| 2. | Officer | Judge Paul Brown American Inn of Court |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2004 | Judicial Retirement System of Texas; no control; not vested |
| 2. | 2004 | Texas County and District Retirement Systems; no control; not vested |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mazzant, Amos L.** | 05/14/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Sherman I.S.D., Teacher (retired mid-year) |
| 2. | 2019 | Teacher Retirement System of Texas (TRS) (beginning August 2019) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Texas Young Lawyers Association | May 10-12, 2019 | Bandera, Texas | Committee Meeting | Mileage, Hotel, Food |
| 2. | State Bar of Texas | May 30-31, 2019 | Austin, Texas | Federal Court Practice Seminar | Mileage, Hotel, Food |
| 3. | FCBA (Federal Circuit Bar Association) | June 12-15, 2019 | Colorado Springs, Colorado | Federal Circuit Bar Association Bench & Bar | Transportation, Hotel, Food |
| 4. | Baylor School of Law | November 15-17, 2019 | Waco, Texas | Judicial Clerkship Weekend | Hotel |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mazzant, Amos L. | 05/14/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mazzant, Amos L.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. JPMorgan Chase & Co Accounts | A | Interest | L | T | | | | | |
| 2. T. Rowe Price Government Money Fund | A | Dividend | K | T | | | | | |
| 3. T. Rowe Price Science & Technology Fund | A | Dividend | J | T | | | | | |
| 4. T. Rowe Price Equity Income Fund (IRA) | B | Dividend | K | T | | | | | |
| 5. T. Rowe Price Equity Index 500 Fund (IRA) | A | Dividend | K | T | | | | | |
| 6. T. Rowe Price New Horizons Fund (IRA) | C | Dividend | K | T | | | | | |
| 7. T. Rowe Price Spectrum Growth Fund (IRA) | C | Dividend | K | T | | | | | |
| 8. T. Rowe Price Spectrum International Fund (IRA) | A | Dividend | K | T | | | | | |
| 9. Vanguard Wellington Fund (457) | A | Dividend | J | T | | | | | |
| 10. Vanguard Institutional Index Fund (457) | A | Dividend | J | T | | | | | |
| 11. Vanguard Growth Fund (457) | A | Dividend | J | T | | | | | |
| 12. Fidelity Diversified International Fund (457) | A | Dividend | J | T | | | | | |
| 13. Lord Abbott Small Cap Value Fund (457) | A | Dividend | J | T | | | | | |
| 14. Judicial Retirement System Account | B | Interest | L | T | | | | | |
| 15. Texas County and District Retirement Account | A | Interest | J | T | | | | | |
| 16. Teachers Retirement Texas | B | Interest | | | Distributed | 08/30/19 | L | | |
| 17. Texas Educators Federal Credit Union Savings Account | A | Interest | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| **Mazzant, Amos L.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  T. Rowe Price New Horizons (Roth IRA) | A | Dividend | J | T | | | | | |
| 19.  American Century Investments All Cap Growth (formerly Gift Trust) | A | Dividend | J | T | | | | | |
| 20.  T. Rowe Price Science & Technology Fund (JT) | B | Dividend | K | T | | | | | |
| 21.  State Farm: Universal Life | A | Interest | J | T | | | | | |
| 22.  State Farm: Universal Life II | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mazzant, Amos L.** | 05/14/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Mazzant, Amos L. | 05/14/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Amos L. Mazzant**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544